FOURTH DEPARTMENT, JULY, 2004

(July 9, 2004)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO RAMOS, Appellant. [779 NYS2d 382]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered July 27, 2001. The judgment convicted defendant, upon his plea of guilty, of sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Brown*, 296 AD2d 860 [2002], *lv denied* 98 NY2d 767 [2002]). Present—Green, J.P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.